

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

UNITED STATES OF AMERICA )
)
v. ) 2:22-CR-33
)
ROBERT STACY STOUT ) JUDGE Corker/Wyrick
)

## INDICTMENT

### COUNT ONE

The Grand Jury charges that on or about June 17, 2021, within the Eastern District of Tennessee, the defendant, ROBERT STACY STOUT, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in commerce and affecting commerce, a firearm, namely a Hi-Point, model C9, 9mm pistol, which had been shipped and transported in interstate commerce.

[18 U.S.C. § 922(g)(1)]

### Forfeiture Allegation

1. The allegation contained in this Indictment is hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in this Indictment, the defendant, ROBERT STACY STOUT, shall forfeit to the United States any firearms and ammunition involved in the commission of the offense, including, but not limited to the following:

a. A High Point model C9 9mm semi-automatic pistol;

   b. Magazine; and

   c. Ammunition

3. If any of the properties described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property that cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

TRUE BILL:

FOREPERSON

FRANCIS M. HAMILTON, III
United States Attorney

By: B. TODD MARTIN
Assistant U.S. Attorney